Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins similar in all material respects to those the subject of *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim of the plaintiff was sustained.

**No. 59779.**—K. Ginsburg, Inc., et al. v. United States, protests 212537–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 59780.**—Coro, Inc., et al. v. United States, protests 248560–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of glass stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiffs was sustained.

**No. 59781.**—Kurt Gottfried & Co., Inc., and S. H. Pomerance Co., Inc., et al. v. United States, protests 273654–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract

59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by Presidential proclamation, T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 59782.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 191185–K (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 22, 1956

**No. 59783.**—Jabez Burns & Sons, Inc. *v.* United States, protests 245700–K and 249430–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of machines and parts the same in all material respects as those involved in Abstract 58579, the claim of the plaintiff was sustained.

**No. 59784.**—Young Windows, Inc. *v.* United States, protests 202503–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of window regulators of the same kind in all material respects